

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00289-CR

WAYLAND EARL BAILEY, JR.                                    APPELLANT

V.

THE STATE OF TEXAS                                                STATE

----------

### FROM THE 43RD DISTRICT COURT OF PARKER COUNTY
### TRIAL COURT NO. CR11-0741

----------

# MEMORANDUM OPINION[1] AND JUDGMENT
# ON PERMANENT ABATEMENT OF APPEAL

----------

We have considered Appellant Wayland Earl Bailey, Jr.'s "Motion to Permanently Abate" this appeal. Attached to the motion is the certificate of death showing that Bailey died on November 24, 2015.

---

[1]*See* Tex. R. App. P. 47.1.

The death of an appellant during the pendency of an appeal deprives this court of jurisdiction. *Molitor v. State*, 862 S.W.2d 615, 616 (Tex. Crim. App. 1993). Under these circumstances, the appropriate disposition is the permanent abatement of the appeal. *See* Tex. R. App. P. 7.1(a)(2).

No decision of this court having been delivered prior to the receipt of this motion, the court finds the motion should be granted. It is therefore ordered, adjudged, and decreed that the appeal is permanently abated.

PER CURIAM

PANEL: MEIER, GABRIEL, and SUDDERTH, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: February 11, 2016